IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES W. MYART JR., | § | |
| *Plaintiff,* | § | SA-19-CV-00702-OLG |
| vs. | § | |
| CITY OF SAN ANTONIO, BAPTIST HOSPITAL SYSTEM, MATT STONE, CEO BAPTIST HOSPITAL SYSTEM, CORPORATELY AND INDIVIDUALLY; BAPTIST HOSPITAL SYSTEM PRIVATE SECURITY COMPANY, JOHN DOE COMPANY, JACOB CORONAL, JOHN DOE SECURITY COMPANY, JOHN AND JANE DOES 1-5, INDIVIDUAL AND EMPLOYMENT; EMPLOYEES OF JOHN DOES SECURITY COMPANY, JANE DOE, HEAD ER NURSE; AND JANE DOES 1-6, ER NURSES, ALL INDIVIDUALLY NAMED PERSONS SUED INDIVIDUALLY AND AS EMPLOYEES OF BAPTIST HOSPITAL SYSTEM IN THEIR CAPACITIES INDIVIDUAL AND EMPLOYMENT; | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court in the above-styled cause of action is Plaintiff's Request for Leave to File Notice of Appeal to the District Judge and Notice of Appeal to District Judge [#11]. By his motion, Plaintiff asks the Court for leave to appeal the undersigned's order dated August 8, 2019 [#10] to the District Court. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Request for Leave to File Notice of Appeal to the District Judge and Notice of Appeal to District Judge [#11] is **GRANTED**. The District Court will review Plaintiff's Notice of Appeal [#11] and issue a ruling.

1

**IT IS SO ORDERED.**

SIGNED this 13th day of August, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE