IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES W. MYART JR., | § | |
| | § | |
| *Plaintiff,* | § | SA-19-CV-00702-OLG |
| | § | |
| vs. | § | |
| | § | |
| CITY OF SAN ANTONIO, BAPTIST HOSPITAL SYSTEM, MATT STONE, CEO BAPTIST HOSPITAL SYSTEM, CORPORATELY AND INDIVIDUALLY; BAPTIST HOSPITAL SYSTEM PRIVATE SECURITY COMPANY, JOHN DOE COMPANY, JACOB CORONAL, JOHN DOE SECURITY COMPANY, JOHN AND JANE DOES 1-5, INDIVIDUAL AND EMPLOYMENT; EMPLOYEES OF JOHN DOES SECURITY COMPANY, JANE DOE, HEAD ER NURSE; AND JANE DOES 1-6, ER NURSES, ALL INDIVIDUALLY NAMED PERSONS SUED INDIVIDUALLY AND AS EMPLOYEES OF BAPTIST HOSPITAL SYSTEM IN THEIR CAPACITIES INDIVIDUAL AND EMPLOYMENT; | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court in the above-styled cause of action is the Motion for Withdrawal and Substitution of Counsel filed by Defendant City of San Antonio [#22]. By its motion, the City of San Antonio asks the Court to substitute its attorney of record Mark Ralls as the attorney in charge of this matter and to permit Brad Bennett to withdraw because he is no longer with the City Attorney's Office. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Motion for Withdrawal and Substitution of Counsel filed by Defendant City of San Antonio [#22] is **GRANTED**.

1

**IT IS FURTHER ORDERED** that Mark Ralls is now attorney of record for Defendant City of San Antonio and should be contacted as follows:

Mark Ralls
Hoblit, Darling, Ralls, Hernandez, & Hudlow
6243 IH-10 West, Suite 601
San Antonio, Texas 78201
210-224-9991

**IT IS FINALLY ORDERED** that Brad Bennett is hereby withdrawn as counsel for Defendant City of San Antonio.

SIGNED this 7th day of October, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE